# US Exhibit 40

 

# The Commonwealth of Massachusetts
## Office of the Chief Medical Examiner

## REPORT OF AUTOPSY

Name of Decedent: **DAVID R. SUTHERLAND**  M.E. Case # 2015-14905

Autopsy Performed by: Marie E. Cannon, MD   Date of Autopsy: 12/04/2015

### FINAL DIAGNOSES

I. DROWNING

    A. PULMONARY EDEMA
    B. FLUID IN SPHENOID SINUS

II. SUBGALEAL HEMORRHAGE

III. CARDIAC HYPERTROPHY (690 GRAMS)

IV. ATHEROSCLEROTIC CARDIOVASCULAR DISEASE

    A. ATHEROSCLEROSIS OF CEREBRAL ARTERIES, SLIGHT
    B. ATHEROSCLEROSIS OF CORONARY ARTERIES, SLIGHT TO MODERATE
    C. ATHEROSCLEROSIS OF AORTA, SLIGHT

V. HEPATIC STEATOSIS

VI. OBESITY (BMI 40.3)

VII. RIB FRACTURES (11)

CAUSE OF DEATH: DROWNING

CONTRIBUTING CONDITIONS: CARDIAC HYPERTROPHY, ATHEROSCLEROTIC CARDIOVASCULAR DISEASE

MANNER OF DEATH: ACCIDENT (SUBMERGED IN SEA WATER)

US-000135

# COMMONWEALTH OF MASSACHUSETTS

## OFFICE OF THE CHIEF MEDICAL EXAMINER

## REPORT OF AUTOPSY

### CASE NO. 2015-14905

I, Marie E. Cannon, M.D., Medical Examiner, hereby certify that I have performed an autopsy on the body of David R. Sutherland on December 4, 2015, commencing at 12:30 pm, at the Boston Office of the Chief Medical Examiner of the Commonwealth of Massachusetts.

### EXTERNAL EXAMINATION:
The body is that of a well-developed, 6 feet, 297 pounds, obese (BMI 40.3), White male, whose appearance is consistent with the given age of 47 years. The scalp hair is brown and measures up to approximately 14 inches in length. There is a mustache, chin hair, and an unshaved beard. The eyes have blue irides, cloudy sclerae, and congested conjunctivae without hemorrhage, petechiae, or jaundice. The oral cavity has natural teeth in poor repair with some teeth decayed or missing. The oral mucosa is atraumatic. The neck, chest, abdomen, back, and upper and lower extremities are without trauma. The genitalia are of a normal circumcised adult male, with descended testes bilaterally.

There is a 5 x 2 inch area of abrasion in the center of the chest. There is a ¾ x ¼ inch abrasion on the front of the nose.

The skin of the hands is wrinkled from submersion in water.

### SCARS:
There is a 4 x ½ inch, vertical scar on the right side of the abdomen.

### TATTOOS:
There is "Susie Belle" on the left side of the chest. There is a tiger and skull on the right upper arm. There is a sword, "1993", and "Arissa Jean" on the front of the right forearm. There is a lion's head on the left upper arm. There are dogs on the front of the left forearm. There is Winnie the Pooh on the front of the right thigh. There is a castle on the right upper back.

### POST MORTEM CHANGES:
There is moderate, symmetrical rigor mortis of the jaw, neck, and upper and lower extremities. Livor mortis is purple, on the head and neck and in posterior dependent areas, and fixed.

### CLOTHING:
See OCME Standard Property List.

2015-14905                         David R. Sutherland                                      3

**THERAPEUTIC PROCEDURES:**
None.

**INTERNAL EXAMINATION:**
**BODY CAVITIES:**
The organs are in their normal situs without fibrous adhesions. The pleural, pericardial, and peritoneal cavities contain no abnormal collections of fluid.

**HEAD:**
There is a 2 x 1 inch left frontal subgaleal hemorrhage. The skull has no fracture. The sphenoid sinus contains approximately 5 mL of watery fluid. There is no epidural, subdural, or subarachnoid hemorrhage. The dura is unremarkable. The leptomeninges are thin and transparent. The brain weighs 1430 grams. The cerebral hemispheres have the usual symmetric pattern of sulci and gyri. Cranial nerves are normally distributed. The cerebral vessels are without aneurysm. There are a few scattered atherosclerotic plaques in the cerebral arteries in the Circle of Willis. The white and gray matter, deep nuclei, and ventricles are unremarkable. There are no focal lesions. The brainstem and cerebellum are unremarkable.

**NECK:**
The cervical vertebrae, hyoid bone, tracheal and laryngeal cartilages, and paratracheal soft tissues are without trauma. The upper airway is patent and without edema or foam. The tongue is unremarkable.

**CARDIOVASCULAR SYSTEM:**
The heart is enlarged and weighs 690 grams. It has a normal distribution of right-predominant coronary arteries. There is slight to moderate atherosclerosis of the coronary arteries with up to approximately 50% stenosis of the right coronary artery and up to approximately 30% stenosis of the left anterior descending artery. The left circumflex artery is unremarkable. The coronary ostia are patent. The myocardium is homogeneous, red/brown, and without pallor, hemorrhage, softening, or fibrosis. The ventricular walls are thick. The right ventricular free wall thickness is 0.5 cm, and the left ventricular free wall thickness is 2.8 cm. The endocardial surfaces and four cardiac valves are unremarkable. There are slight atherosclerotic changes of the abdominal aorta. The venae cavae and pulmonary arteries are without thrombus or embolus.

**RESPIRATORY SYSTEM:**
The right lung weighs 850 grams and the left lung 720 grams. On sectioning, there is moderate congestion and edema of the parenchyma of both lungs without hemorrhage, consolidation, or obstruction. The bronchial distribution and vasculature are unremarkable.

**LIVER, GALLBLADDER, PANCREAS:**
The liver weighs 2840 grams. It has an intact smooth capsule. The parenchyma is red/tan and soft,

2015-14905                    David R. Sutherland                                    4

with a fatty texture. The gallbladder contains approximately 10 mL of green fluid bile without stones. The pancreas is unremarkable in lobulation, color, and texture.

**HEMIC AND LYMPHATIC SYSTEMS:**
The spleen weighs 310 grams, has an intact smooth capsule, and soft purple parenchyma without prominent white pulp. There are no enlarged lymph nodes.

**GENITOURINARY SYSTEM:**
The right kidney weighs 250 grams and the left kidney 270 grams. Each kidney has a smooth subcapsular surface and unremarkable architecture and vasculature. The ureters maintain uniform caliber and drain into an unremarkable bladder containing approximately 10 mL of urine.
The prostate gland is not enlarged. The testes are unremarkable in size, color, and consistency.

**ENDOCRINE SYSTEM:**
The pituitary, thyroid, and adrenal glands are normal in size, color, and consistency.

**DIGESTIVE SYSTEM:**
The esophagus and gastroesophageal junction are unremarkable. The stomach contains approximately 10 mL of red fluid without particulate matter. The gastric mucosa and small and large intestines are unremarkable. The vermiform appendix is not visualized.

**MUSCULOSKELETAL SYSTEM:**
The 2nd, 3rd, 4th, 5th, 6th, 7th, and 8th right ribs are fractured laterally. The 3rd, 4th, 5th, and 6th left ribs are fractured laterally. The vertebrae, clavicles, sternum, and pelvis are without fracture. The musculature is normally distributed and unremarkable.

**TOXICOLOGY:**
Specimens are submitted for toxicologic analysis. See separate Postmortem Toxicology Report.

_Marie E. Cannon_
Marie E. Cannon, M.D.
Medical Examiner

2/11/16/MEC/FNL




# The Commonwealth of Massachusetts
## Office of the Chief Medical Examiner

**Charles D. Baker**
*Governor*

**Karyn Polito**
*Lieutenant Governor*

**Daniel Bennett**
*Secretary*

*Headquarters*

**720 Albany Street**
**Boston, MA  02118-2518**

**Henry M. Nields, MD, PhD**
*Chief Medical Examiner*

**General Office Numbers**
Tel:  (617) 267-6767
Tel:  (800) 962-7877
Fax:  (617) 266-6763

February 13, 2016

W.P. Thomson
United States Coast Guard
Sector Boston
427 Commercial Street
Boston, MA 02109

**Re: David R. Sutherland OCME #2015-14905**

Dear Lieutenant Thomson:

I am writing in response to your request for an autopsy report relating to the death of David R. Sutherland. Pursuant to 505 CMR 1.05, I am providing a copy of this report. Please be advised that the reports are not a public record and should not be disseminated by your office for any reason other than those authorized by law.

Feel free to contact me if you have any questions or concerns.

Sincerely,

Lynda Powers
Administrative Assistant

Enclosure



CHARLES D. BAKER
*GOVERNOR*

KARYN E. POLITO
*LIEUTENANT GOVERNOR*

DANIEL BENNETT
*SECRETARY*

COLONEL RICHARD D. McKEON
*SUPERINTENDENT*

*The Commonwealth of Massachusetts*
*Department of State Police*

Forensic Services Group
124 Acton Street
Maynard, Massachusetts 01754
Telephone (857) 377-3020 Facsimile (857) 377-3035

## POSTMORTEM TOXICOLOGY REPORT

**Case Information:**

Report Date: December 24, 2015
Laboratory No.: 15-30733
Date of Death: December 03, 2015

Medical Examiner Case No.: 15-14905
Medical Examiner: Marie Cannon, MD
Decedent: David Sutherland

**Specimens:**

| Item Number | Item Type | Miscellaneous Information |
|---|---|---|
| 1-1-01 | Heart Blood | |
| 1-1-02 | Vitreous Humor | |
| 1-1-03 | Urine | |
| 1-1-04 | Gastric Contents | |

**Detailed Findings:**

**Item: 1-1-01 : Heart Blood**

Ethanol : None Detected
Methanol : None Detected
Isopropanol : None Detected
Acetone : None Detected
Buprenorphine Screen : None Detected
Fentanyl Screen : None Detected
Benzodiazepines Screen : None Detected
Cannabinoid Screen : **Positive**
Cocaine metabolite Screen : None Detected
Methamphetamine Screen : None Detected
Oxycodone Screen : None Detected
Opiates Screen : None Detected
Organic Bases and Neutrals : None Detected
Delta-9 THC : **3.3 ng/mL**
Delta-9 Carboxy THC : **19 ng/mL**

**Item: 1-1-02 : Vitreous Humor**

Sodium : **145 mmol/L**
Potassium : **7.4 mmol/L**
Chloride : **126 mmol/L**
Glucose : **58 mg/dL**
Urea Nitrogen : **10 mg/dL**
Creatinine : **0.6 mg/dL**

*Excellence In Service Through Quality Forensic Science*

Jessica L. Gleba
Forensic Scientist III

*This report was electronically signed using password protected software.*

The uncertainty associated with quantitative results obtained after October 1, 2015 will be provided upon request.

ALL BIOLOGICAL SPECIMENS WILL BE DISPOSED OF 6 MONTHS AFTER DATE OF REPORT, UNLESS WRITTEN REQUEST FOR RETURN OF SAMPLES IS RECEIVED.

15-30733

Page 2 of 2

*Excellence In Service Through Quality Forensic Science*

US-000141



# The Commonwealth of Massachusetts
## Office of the Chief Medical Examiner



**Charles D. Baker**
*Governor*

**Karyn Polito**
*Lieutenant Governor*

**Daniel Bennett**
*Secretary*

*Headquarters*

**720 Albany Street
Boston, MA  02118-2518**

**Henry M. Nields, MD, PhD**
*Chief Medical Examiner*

**General Office Numbers**
Tel:  (617) 267-6767
Tel:  (800) 962-7877
Fax:  (617) 266-6763

February 13, 2016

W.P. Thomson
United States Coast Guard
Sector Boston
427 Commercial Street
Boston, MA 02109

**Re: David R. Sutherland OCME #2015-14905**

Dear Lieutenant Thomson:

I am writing in response to your request for an autopsy report relating to the death of David R. Sutherland. Pursuant to 505 CMR 1.05, I am providing a copy of this report. Please be advised that the reports are not a public record and should not be disseminated by your office for any reason other than those authorized by law.

Feel free to contact me if you have any questions or concerns.

Sincerely,

Lynda Powers
Administrative Assistant

Enclosure

US-000142