UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Travis Lane,<br>Richard Palmer, and<br>Lea Sutherland-Doane,<br>as Adm. Estate of David Sutherland,<br>    Plaintiffs<br>v.<br><br>United States of America<br>Philip Powell, and<br>F/V Foxy Lady,<br>    Defendants | Civil Action No. 1:17 CV 12356-PBS |

## PLAINTIFFS' MOTION IN LIMINE TO STRIKE THE DEFENDANTS, POWELL'S & F/V FOXY LADY'S EXPERT WITNESS, PETER MAHONEY

NOW COME the Plaintiffs in this Motion to Strike the Defendants' Expert, Peter Mahoney based on the lack of reliability of the evidence to the fact finder. The Plaintiffs request that the Court conduct an analysis pursuant to F.R.E. 702 & 403. In support thereof the Plaintiffs state the following:

1. Captain Mahoney's report (Ex. 1) contains a series of legal and medical conclusions for which he is not qualified to opine. His report also addresses vessel repair and maintenance, which also does not appear to be his background;

2. Captain Mahoney's CV (Ex. 2) contains no background, education, experience, nor training in the medical field, nor legal field, and also contains none in the area of marine towing and rescue, nor vessel repair and maintenance;

3. Captain Mahoney's report fails to cite to any navigational rules, maritime regulations, U.S.C.G. Search and Rescue regulations, nor literature on the topic of marine towing and rescue, nor vessel repair and maintenance; and

4. Permitting testimony from a man without the requisite expertise to testify in response to a real expert, such as Thomas Ciarametaro (Plaintiffs' expert) would be highly prejudicial.

Based on the foregoing, the expected testimony of Captain Mahoney is not reliable nor appropriate for introduction into evidence.

                                                                             Plaintiffs,

By their attorney,

/s/ Joseph M. Orlando, Jr., Esq.
Joseph M. Orlando, Jr., Esq.
BBO# 680995
ORLANDO & ASSOCIATES
One Western Avenue
Gloucester, MA 01930
Ph. (978) 283-8100
Fx. (978) 283-8507
Jmorlandojr@orlandoassociates.com

Certificate of Service

I, Joseph M. Orlando, Jr., Esq. hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to counsel for each party on April 1, 2020.

/s/ Joseph M. Orlando, Jr., Esq.
Joseph M. Orlando, Jr., Esq.