UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Exhibit A

**RICHARD LANE,** )
**RICHARD PALMER, and** )
**LEA SUTHERLAND-DOANE as** )
**ADMIN. ESTATE OF** )
**DAVID R. SUTHERLAND,** )
 Plaintiffs, )
)
v. ) CIVIL ACTION NO.: 1:17-CV-12356-PBS
)
**UNITED STATES OF AMERICA,** )
**and PHILIP POWELL and** )
**THE F/V FOXY LADY,** )
 Defendants. )

## AFFIDAVIT OF DEFENDANT PHILIP POWELL

I, Philip Powell, on oath do depose and state under the pains of perjury that:

1.) I am the captain and owner of the F/V Foxy Lady, the commercial fishing vessel named along with me as a Defendant in this action.

2.) For approximately 27 years, until 2019, I docked my boat at the Cape Ann Seafood Exchange ("CASE") in Gloucester.

3.) Due to renovation and resulting repurposing of some facilities at CASE, however, I needed to secure new dock space last year.

4.) Toward that end, I met with Thomas P. Ciarametaro, the Gloucester Harbormaster, in February or March of 2019 to inquire about and apply for dockage at one of the two city-owned marinas.

5.) I was informed that there was no space at a dock available and that I would have to apply for a mooring instead. Due to the large size of my boat and physical challenges in boarding from and disembarking to such a mooring, I decided to try to obtain dock

1

space elsewhere. I was ultimately successful and now dock at a state-owned pier in Gloucester.

6.) While I was in his office, Ciarametaro told me that, and I am paraphrasing, "you shouldn't have to take the fall for the Orin C . . . if anyone should, the Coast Guard should."

7.) I did not know at the time of this conversation that Ciarametaro had been hired or would be hired as an expert witness in this case and that he planned to testify in the matter.

8.) I have never communicated, either directly or indirectly, with Mayor Sefatia Romeo Theken or anyone in her administration about this case, about any events giving rise to the case, or about Ciarametaro.

9.) I have never, either directly or indirectly, ever requested of anyone that Ciarametaro be fired for any reason.

10.) Until my attorney informed me on April 10, 2020, I had no knowledge that the attorneys representing the Plaintiffs claim that Mayor Sefatia Romeo Theken called their law firm to request that they not bring a claim against me or my boat. Until my attorney informed me about this allegation, I had no knowledge about it, and still do not know if it is true or not.

Signed under the pains of perjury on Sunday, April 12, 2020, by:

_____
Philip Powell

2