UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

RICHARD LANE, RICHARD PALMER, )
and LEA SUTHERLAND-DOANE, )
as ADMIN. ESTATE OF DAVID SUTHERLAND, )
    Plaintiffs, )
  )
v. ) CIVIL ACTION NO.:
  ) 1:17-CV-12356-PBS
  )
UNITED STATES OF AMERICA, )
PHILIP POWELL, and F/V FOXY LADY, )
    Defendants. )

## AFFIDAVIT OF KEVIN F. GILLIS, ESQ., COUNSEL FOR DEFENDANTS PHILIP POWELL AND F/V FOXY LADY

I, Kevin F. Gillis, Esq., on oath do depose and state under the pains and penalties of perjury that:

1.) I am licensed to practice law in the Commonwealth of Massachusetts and before the United States District Court for the District of Massachusetts.

2.) I am legal counsel to Defendants Philp Powell and the F/V Foxy Lady ("Powell" or "my clients") in the above-noted matter.

3.) Until after Joseph M. Orlando, Jr., Plaintiffs' counsel, accused my client of witness tampering and intimidation in connection with Thomas. P. Ciarametaro ("Ciarametaro") on Wednesday, April 8, 2020, I had never communicated, either directly or indirectly, with Gloucester Mayor Sefatia Romeo Theken (the "Mayor") or any person in her administration about the above-noted matter, any of the events giving rise to the case at bar, or Ciarametaro.

1

4.) I have never, either directly or indirectly, asked anyone to fire Ciarametaro or threaten him with the loss of his job as Gloucester Harbormaster because of his involvement in this case or for any reason.

5.) Until I read the affidavit of Attorney Orlando's father, Attorney Joseph M. Orlando ("Senior"), on Thursday, April 9, 2020, when it was filed as part of Plaintiffs' Emergency Motion for Sanctions, I had no knowledge that Senior was claiming that the Mayor had contacted him and asked him to not make any claim about the F/V Orin C incident against my clients.

6.) Powell is insured by a Protection & Indemnity Policy of Insurance issued by the MLA Non-Profit Boat Protection Cooperative, Ltd. (the "Cooperative".) The Cooperative is a Bermuda-based insurance entity that is reinsured by syndicates from Lloyds of London under a program administered by AON Benfield Global Re Specialty.

7.) My client is not insured by the Massachusetts Lobstermen's Association, Inc. (the "MLA"), which is a member-driven organization that advocates for local commercial lobstermen and other fishermen. The MLA is not licensed or authorized to conduct the business of insurance and it does not do so or act as an insurer in any manner, contrary to Attorney Orlando's statements.

8.) I have performed insurance- and claims-related legal services for the Cooperative for almost 25 years. To the best of my knowledge and recollection, I have never performed legal services for the MLA.

9.) One must be an MLA member to obtain insurance from the Cooperative. But

2

the Cooperative and the MLA are two completely separate groups.

10.)   Since the instant matter was filed in late 2017, I have heard from many local fishermen from Gloucester to New Bedford and throughout Cape Cod about how unfair it is, in their opinion, that Powell, as a good Samaritan, has been sued for trying to rescue fellow mariners. No fisherman ever told me that they had heard about the lawsuit from Powell, or that Powell had requested that they speak out.

11.)   After Ciarametaro was identified as Plaintiffs' expert liability witness in this matter, I heard from another round of fishermen who asked me how Ciarametaro could serve in such a role, why he would serve in such a role and what it meant for Powell. No fisherman ever told me that they had heard about Ciarametaro's role in the lawsuit from Powell, or that Powell had requested that they speak out. I never asked any of these fishermen to complain to any person in Gloucester city government about Ciarametaro's role.

12.)   I received email correspondence from Ciarametaro's private counsel on Thursday, April 9, 2020, and replied on Friday, April 10, 2020. (See Exhibit C.)

**Signed and sworn to under the penalties of perjury on April 13, 2020 by:**

*[signature]*

Kevin F. Gillis, Esq. [BBO No.: 567133]
The Law Office of Kevin F. Gillis, Esq.
27 Algonquin Road
Canton, MA 02021-1232
kgillis@subrogationattorney.com
781-326-1112

## Certificate of Service

I, Kevin F. Gillis, Esq., hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to counsel for each party on <u>April 13, 2020.</u>

/s/ Kevin F. Gillis

Kevin F. Gillis, Esq.