UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Travis Lane, ) | |
| Richard Palmer, and ) | |
| Lea Sutherland-Doane, ) | |
| as Adm. Estate of David Sutherland, ) | |
|     Plaintiffs ) | |
| v. ) | |
| ) | Civil Action No. 1:17 CV 12356-PBS |
| United States of America ) | |
| Philip Powell, and ) | |
| F/V Foxy Lady, ) | |
|     Defendants ) | |

**PLAINTIFFS' REPLY TO DEFENDANT'S OPPOSITION TO THE PLAINTIFFS' EMERGENCY MOTION FOR SANCTIONS AGAINST THE DEFENDANT PHILIP POWELL FOR WITNESS TAMPERING & INTIMIDATION AS TO PLAINIFFS' EXPERT, THOMAS CIARAMETARO**

    NOW COME the Plaintiffs in this Reply to the Defendants' Opposition to the Plaintiffs' Emergency Motion for Sanctions.

    The deceptions by the defense have not stopped with the Defendant's opposition. In his strained effort to justify witness intimidation by the Defendants' insurer on behalf of Philip Powell & the F/V Foxy Lady, Attorney Gillis has purposefully obfuscated the relationship between Arthur "Sooky" Sawyer and the M.L.A. This, among other issues, is the subject of a Demand for Relief pursuant to G.L. c. 93A & G.L. c. 176D, served today (4/13/2020) (attached, Ex. A).

    Noticeably absent from the Defendants' Opposition to the Plaintiffs' Motion for Sanctions was an affidavit or any writing from Arthur Sawyer. Sawyer is not only the President of the Mass. Lobstermen's Association, Inc. He's also the Treasurer and Director of MLA Fisheries Services Corp. (MA Secretary of State Corp. Database printout, Ex. B). Furthermore, a cursory glance at their website will find that MLA Fisheries Services Corp. handles insurance claims through their "affiliate," MLA Non-Profit Boat Protection Coop, Ltd, which insures the F/V Foxy Lady (Website printout, Ex. C):

> *"Since its humble beginnings in 1977, our affiliate, MLA Non-Profit Boat Protection Coop, Ltd, has provided peace of mind to many fishermen by offering affordable coverage and speedy solutions to claims….when an accident does occur MLA Fishermen Services Corp is ready to respond to your concerns and work to settle your claim in a fair and timely manner."*

Sawyer, as representative of the insurer for the Defendants, Powell and the F/V Foxy Lady, advocated against Mr. Ciarametaro acting as an expert in THIS CASE to Mr. Ciarametaro's boss, Mayor Theken. Mayor Theken then threatened him with termination if he didn't remove himself from his position as the Plaintiffs' liability expert. Those are facts supported by writings from the Mayor and her staff, as well as writings from the Defense Attorney himself.

None of this is a "conspiracy theory" as Mr. Gillis suggests and the undersigned declines to respond to the myriad of personal insults used in Mr. Gillis's emails and opposition. This is an insurance company trying desperately to avoid paying a meritorious claim for the negligence of their insured by convincing the Mayor of Gloucester to do their bidding. It is brazen criminal misconduct and should be dealt with accordingly.

Based on the foregoing, the Plaintiffs request that this Honorable Court Sanction the Defendant for violation of [18 USCS § 1512](#) (witness intimidation statute) as follows:

1. Monetary Sanctions to pay the entirety of the Plaintiffs' legal expenses in this case, $28,856.04;

2. Attorneys fees in the amount of $5,000 to compensate the undersigned for the time spent on this issue;

3. Judgment to enter on the issues of liability and causation against the Defendants, Powell and the F/V Foxy Lady, leaving only the issue of damages to be determined by the Court at trial;

4. Referral of the matter to the Department of Justice for investigation of the violations of various criminal statutes; and

5. In the alternative, any sanction that the Court deems appropriate in the Court's discretion.

Plaintiffs,<br>
By their attorney,<br><br>
/s/Joseph M. Orlando, Jr., Esq.<br>
Joseph M. Orlando, Jr., Esq.<br>
BBO# 680995<br>
Orlando & Associates<br>
One Western Avenue<br>
Gloucester, MA 01930<br>
Ph. (978) 283-8100<br>
Fx. (978) 283-8507<br>
Jmorlandojr@orlandoassociates.com

Certificate of Service

I, Joseph M. Orlando, Jr., Esq. hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to counsel for each party on April 13, 2020.

/s/ Joseph M. Orlando, Jr., Esq.
Joseph M. Orlando, Jr., Esq.