## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD LANE, RICHARD PALMER,  )<br>and LEA SUTHERLAND-DOANE,  )<br>as ADMIN. ESTATE OF DAVID SUTHERLAND,  )<br>      Plaintiffs,  )<br>  )<br>v.  )<br>  )<br>  )<br>PHILIP POWELL, and F/V FOXY LADY,  )<br>      Defendants.  ) | CIVIL ACTION NO.:<br><u>1:17-CV-12356-PBS</u> |

## MOTION TO AMEND ORDER FOR PRETRIAL CONFERENCE

Now come Defendants Philip Powell and the F/V Foxy Lady and move this Court to amend the Order For Pretrial Conference *(Dkt. No. 115)* to continue the Pretrial Conference and Trial dates by at least 120 days and to also amend all corresponding dates in said Order in a similar manner at the Court's convenience.

In support of this Motion, Defendants submit the attached Affidavit of Counsel, and state that Plaintiffs, by and through counsel, do not oppose this motion.

***Wherefore, Defendants respectfully request that the Order be amended.***

Defendants, Philip Powell and
F/V Foxy Lady,
By their Attorney,

/s/ Kevin F. Gillis

_____
Kevin F. Gillis, Esq. [BBO No.: 567133]
The Law Office of Kevin F. Gillis, Esq.
27 Algonquin Road
Canton, MA 02021-1232
kgillis@subrogationattorney.com
781-326-1112                                                                 <u>Dated:  April 17, 2020</u>

_____

***Certificate of Service***

1

I, Kevin F. Gillis, Esq., hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to counsel for each party on <u>April 17, 2020.</u>

<u>/s/ Kevin F. Gillis</u>

Kevin F. Gillis, Esq.