# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD LANE, <br> RICHARD PALMER, <br> and LEA SUTHERLAND-DOANE, <br> as ADMIN. ESTATE OF <br> DAVID SUTHERLAND, <br>     Plaintiffs, <br><br> v. <br><br> PHILIP POWELL, and <br> F/V FOXY LADY, <br>     Defendants. | CIVIL ACTION NO.: 1:17-CV-12356-PBS |

## OPPOSITION OF DEFENDANTS, PHILIP POWELL AND F/V FOXY LADY, TO PLAINTIFFS' MOTION IN LIMINE TO STRIKE DEFENDANTS' LIABILITY EXPERT, PETER M. MAHONEY

Now come Defendants, Philip Powell ("Powell"), and the F/V Foxy Lady (the "Foxy Lady"), by and through counsel, and oppose Plaintiffs' motion in limine *(Dkt. No. 122)* to strike testimony by Defendants' liability expert, Peter M. Mahoney ("Captain Mahoney").

## Argument

Continuing a pattern of overstatement and misrepresentation, Plaintiffs unequivocally and broadly announce that "Captain Mahoney's CV (Ex. 2) contains no background, education, experience, nor training . . . in the area of marine towing and rescue." *(Dkt. No. 122, p. 1.)*

However, this is not true.  Captain Mahoney has a commercial assistance towing endorsement on his mariner's license and has engaged in countless tows over the course of more than 50 years on the water.  *(See Exhibits A and B; respectively, Expert Disclosure and Qualifications, and Mahoney Affidavit.)*

**Conclusion**

Captain Mahoney was towing boats in Vietnam rivers before Plaintiffs' liability expert was born. Plaintiffs' argument that Captain Mahoney's testimony, juxtaposed against testimony from their expert, local harbormaster Thomas P. Ciarametaro, would be prejudicial against Plaintiffs might indeed be true because it will underscore Ciarametaro's lack of experience, training and credibility, but that is certainly no reason to preclude Defendants' expert from testifying.

***WHEREFORE, Powell and the Foxy Lady respectfully request that Plaintiffs' motion in limine to strike Defendants' liability expert be denied.***

The Defendants,
Philip Powell and the F/V Foxy Lady,
By their attorney,

/s/ Kevin F. Gillis

---

Kevin F. Gillis, Esq. [BBO No.: 567133]
The Law Office of Kevin F. Gillis, Esq.
27 Algonquin Road
Canton, MA 02021-1232
781-326-1112
781-326-1180 (fax)
kgillis@subrogationattorney.com

Dated: April 27, 2020

2

***Certificate of Service***

I, Kevin F. Gillis, Esq., hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to counsel for each party on <u>April 27, 2020.</u>

<u>/s/ Kevin F. Gillis</u>
Kevin F. Gillis, Esq.