## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD LANE, RICHARD PALMER, and LEA SUTHERLAND-DOANE, as ADMIN. ESTATE OF DAVID SUTHERLAND, Plaintiffs, v. PHILIP POWELL, and F/V FOXY LADY, Defendants. | CIVIL ACTION NO.: 1:17-CV-12356-PBS |

## DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT AND ISSUE ORDER OF DISMISSAL

Now come Defendants Philip Powell and the F/V Foxy Lady ("Powell") and move this Court to enforce the settlement agreement reached with all Plaintiffs on Thursday, May 14, 2020, and to issue an Order of Dismissal of this action.

In support of this Motion, Powell states that all essential and material terms of the agreement – the money to be paid to each Plaintiff, the lack of a confidentiality requirement to keep the deal secret, dismissal of the action with prejudice, without costs to any party and with all rights of appeal waived, and release of G.L. 93A/176D claims and demands against Powell's insurer and other entities – were all agreed to by and between the parties to this action, making any further writing superfluous and redundant.  If a writing is required, the Court should order Plaintiffs' to execute forthwith a 'standard' release that does not include release of claims against attorneys who have appeared in the action or witnesses named in the action.

Powell also submits a Memorandum of Law in Support of Defendants' Motion to Enforce Settlement Agreement and Issue Order of Dismissal.

1

Finally, Powell submits the attached proposed Order of Dismissal and asks that the Court enter same forthwith.

***Wherefore, Defendants respectfully request that the Court issue an Order of Settlement and Dismissal.***

Defendants, Philip Powell and
F/V Foxy Lady,
By their Attorney,

/s/ Kevin F. Gillis

Kevin F. Gillis, Esq. [BBO No.: 567133]
The Law Office of Kevin F. Gillis, Esq.
27 Algonquin Road
Canton, MA 02021-1232
kgillis@subrogationattorney.com
781-326-1112                                          Dated:  May 26, 2020

### *Certificate of Service*

I, Kevin F. Gillis, Esq., hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to counsel for each party on May 26, 2020.

/s/ Kevin F. Gillis

Kevin F. Gillis, Esq.

### **Rule 7.1 Certification**

I hereby certify that I have conferred in good faith several times with Plaintiffs' counsel concerning the subject matter of this Motion and that we have failed to resolve or narrow the issues raised.

/s/ Kevin F. Gillis

Kevin F. Gillis, Esq.