**From:** kgillis@subrogationattorney.com <kgillis@subrogationattorney.com>
**Sent:** Tuesday, May 12, 2020 11:54 AM
**To:** Joseph Orlando Jr <jmorlandojr@orlandoassociates.com>
**Cc:** Amanda Kesterson <akesterson@orlandoassociates.com>
**Subject:** RE: Sutherland v Powell



Joe,
I've got $120,000 for all claims and nowhere else to go for more. If you want to discuss, I'll be back in the office by 1:30 or so.
Kevin

Kevin F. Gillis, Esq.
The Law Office of Kevin F. Gillis, Esq.
27 Algonquin Road
Canton, MA 02021-1232
781-326-1112
781-326-1180 (F)
www.subrogationattorney.com
kgillis@subrogationattorney.com

**From:** kgillis@subrogationattorney.com <kgillis@subrogationattorney.com>
**Sent:** Friday, May 8, 2020 12:58 PM
**To:** 'Joseph Orlando Jr' <jmorlandojr@orlandoassociates.com>
**Cc:** 'Amanda Kesterson' <akesterson@orlandoassociates.com>
**Subject:** RE: Sutherland v Powell

Joe,
My client doesn't care a whole bunch what you are recommending to your clients, particularly where the conflicts must be palpable. He is owed the courtesy of knowing if the offers have been conveyed and rejected, however, so please let me know ASAP.
Kevin

Kevin F. Gillis, Esq.
The Law Office of Kevin F. Gillis, Esq.
27 Algonquin Road
Canton, MA 02021-1232
781-326-1112
781-326-1180 (F)
www.subrogationattorney.com
kgillis@subrogationattorney.com

**From:** kgillis@subrogationattorney.com <kgillis@subrogationattorney.com>
**Sent:** Friday, May 8, 2020 11:11 AM
**To:** 'Joseph Orlando Jr' <jmorlandojr@orlandoassociates.com>
**Cc:** 'Amanda Kesterson' <akesterson@orlandoassociates.com>
**Subject:** RE: Sutherland v Powell

Have you conveyed the $100,000 to Lea and has it been rejected?

3

One Western Avenue
Gloucester, MA 01930
Ph. (978) 283-8100
Fx. (978) 283-8507
www.orlandoassociates.com



**From:** kgillis@subrogationattorney.com <kgillis@subrogationattorney.com>
**Sent:** Wednesday, May 13, 2020 3:49 PM
**To:** Joseph Orlando Jr <jmorlandojr@orlandoassociates.com>
**Cc:** Amanda Kesterson <akesterson@orlandoassociates.com>
**Subject:** RE: Sutherland v Powell

Ok, thanks

Kevin F. Gillis, Esq.
The Law Office of Kevin F. Gillis, Esq.
27 Algonquin Road
Canton, MA 02021-1232
781-326-1112
781-326-1180 (F)
www.subrogationattorney.com
kgillis@subrogationattorney.com

**From:** Joseph Orlando Jr <jmorlandojr@orlandoassociates.com>
**Sent:** Wednesday, May 13, 2020 1:46 PM
**To:** kgillis@subrogationattorney.com
**Cc:** Amanda Kesterson <akesterson@orlandoassociates.com>
**Subject:** RE: Sutherland v Powell

Kevin:

Just to keep you in the loop, I've made contact with two of the three Plaintiffs. I am scheduled to speak to the third Plaintiff tomorrow and I'll have hopefully have a response to you by Friday.

Regards,

-

Joseph M. Orlando, Jr., Esq.
Partner
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
Ph. (978) 283-8100
Fx. (978) 283-8507
www.orlandoassociates.com



| From: | Joseph Orlando Jr <jmorlandojr@orlandoassociates.com> |
|---|---|
| Sent: | Thursday, May 14, 2020 3:26 PM |
| To: | kgillis@subrogationattorney.com |
| Cc: | Amanda Kesterson |
| Subject: | Re: Sutherland v Powell |

Send to me what you propose and I'll review.

Get Outlook for iOS

---

**From:** kgillis@subrogationattorney.com <kgillis@subrogationattorney.com>
**Sent:** Thursday, May 14, 2020 2:37:00 PM
**To:** Joseph Orlando Jr <jmorlandojr@orlandoassociates.com>
**Cc:** Amanda Kesterson <akesterson@orlandoassociates.com>
**Subject:** RE: Sutherland v Powell



Joe,
Excellent, that's great. I'll order the checks. You should be on them with the clients I assume? I'll draft releases and get them to you. Let me know what you want to do with the court – a Notice of Settlement followed by Stip of Dismissal?
Kevin

Kevin F. Gillis, Esq.
The Law Office of Kevin F. Gillis, Esq.
27 Algonquin Road
Canton, MA 02021-1232
781-326-1112
781-326-1180 (F)
www.subrogationattorney.com
kgillis@subrogationattorney.com

**From:** Joseph Orlando Jr <jmorlandojr@orlandoassociates.com>
**Sent:** Thursday, May 14, 2020 2:25 PM
**To:** kgillis@subrogationattorney.com
**Cc:** Amanda Kesterson <akesterson@orlandoassociates.com>
**Subject:** RE: Sutherland v Powell



Kevin:

$120,000 is accepted. Palmer accepts $10,000. Lane accepts $10,000. The estate accepts $100,000. The releases will include the 93A case, but no confidentiality.

Regards,

-

Joseph M. Orlando, Jr., Esq.
Partner
Orlando & Associates