UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Travis Lane, ) | |
| Richard Palmer, and ) | |
| Lea Sutherland-Doane, ) | |
| as Adm. Estate of David Sutherland, ) | |
|     Plaintiffs ) | |
| v. ) | |
| ) | Civil Action No. 1:17 CV 12356-PBS |
| United States of America ) | |
| Philip Powell, and ) | |
| F/V Foxy Lady, ) | |
|     Defendants ) | |

## PLAINTIFFS' RULE 10(b)|(1) CERTIFICATION

NOW COME the Plaintiffs in this Rule 10 Certification. The Plaintiffs hereby certify that they have ordered transcripts of the May 27, 2020 and June 11, 2020 telephonic and zoom hearings to be included in the record on appeal. A copy of the transcript order form is attached hereto as Exhibit A.

Plaintiffs,
By their attorney,

/s/Joseph M. Orlando, Jr., Esq.
Joseph M. Orlando, Jr., Esq.
BBO# 680995
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
Ph. (978) 283-8100
Fx. (978) 283-8507
Jmorlandojr@orlandoassociates.com

Certificate of Service

I, Joseph M. Orlando, Jr., Esq. hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to counsel for each party

on June 23, 2020.

/s/ Joseph M. Orlando, Jr., Esq.
Joseph M. Orlando, Jr., Esq.