Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Travis Lane,                              )
Richard Palmer, and                       )
Lea Sutherland-Doane,                     )
as Adm. Estate of David Sutherland,       )
         Plaintiffs                       )
v.                                        )
                                          )     Civil Action No. 1:17 CV 12356-PBS
United States of America                  )
Philip Powell, and                        )
F/V Foxy Lady,                            )
         Defendants                       )

### SETTLEMENT RELEASE PER THE ORDER OF
### THE HONORABLE PATTI B. SARIS DATED JUNE 19, 2020 (DOCUMENT NO. 159)
### AS TO THE PLAINTIFF, RICHARD PALMER

I.    **The Parties:**

A. Richard Palmer (hereinafter "Palmer"), the Plaintiff;

B. Philip Powell (hereinafter "Powell"), the Defendant;

C. F/V Foxy Lady, the Defendant;

II.   **Terms as dictated by the Court Order (Doc. 159)**

  a.  **Claims to be released**

All present claims, counter claims, cross claims and defenses including any and all claims, counter claims, cross claims or defenses that could have or should have been raised by the parties related to the incident of December 3, 2015, including but not limited to, claims for general maritime negligence against Powell and the F/V Foxy Lady and claims pursuant to "The Good Samaritan Doctrine" against Powell and the F/V Foxy Lady, counter claims, cross claims, and defenses against Palmer by Powell and the F/V Foxy Lady, and claims for violations of G.L. c. 93A & 176D against Arthur "Sooky" Sawyer, the Mass. Lobstermen's Association, the M.L.A. Fisheries Services Corp., and the M.L.A. Boat Protection Coop. Ltd. as insurer for Powell and the F/V Foxy Lady, within Richard Palmer v. Philip Powell & F/V Foxy Lady, Civil Action No. 1:17 CV 12356-PBS.

b. **Compensation to be paid to the Plaintiff**

The Defendants, Philip Powell and the F/V Foxy Lady shall pay $10,000 (ten thousand dollars) to the Plaintiff in compensation for their general maritime negligence pursuant to the Good Samaritan Doctrine as claimed by the Plaintiff in Richard Palmer v. Philip Powell & F/V Foxy Lady, Civil Action No. 1:17 CV 12356-PBS.

III.   **SIGNATURES**

IN WITNESS WHEREOF, I have hereunto set my hands and seal this 26 day of June _____, 2020.

SIGNED AND SEALED BY:

| Richard T. Palmer | *signature* |
|---|---|
| Name | Signature |

IN WITNESS WHEREOF, I have hereunto set my hands and seal this ____ day of _____ _____, 2020.

SIGNED AND SEALED BY:

| Philip Powell and F/V Foxy Lady | |
|---|---|
| Name | Signature |