## Joseph Orlando Jr

**From:** kgillis@subrogationattorney.com
**Sent:** Tuesday, July 7, 2020 3:20 PM
**To:** Joseph Orlando Jr
**Cc:** Amanda Kesterson
**Subject:** RE: Palmer v. F/V Foxy Lady et al - Release

Mr. Orlando,

Based on your email today, it is my understanding that one of your clients, Mr. Palmer, in your words, "has elected not to go forward with the appeal." You sent a release that you drafted that purports to follow Judge Saris's 6/19 Order and requested payment of the settlement funds. However, I am not satisfied with the release you drafted, so I will be sending a different one to you for your client to sign. It was ready to go on the morning of 6/23 when I received notice of your appeal, so it too was drafted with the judge's decision in mind, but now needs to incorporate present circumstances. Those circumstances include the appeal, and the fact that although Mr. Palmer filed a 93A/176D action as Plaintiff, he fails to address that litigation in the release he signed. I would suggest that you file a Notice of Voluntary Dismissal with Prejudice of the 93A/176D case on behalf of Mr. Palmer, and also a Notice of Amended Appeal in federal court to account for his withdrawal from that matter. We will gladly move forward toward resolution when those issues are addressed.

Regards,

Kevin F. Gillis, Esq.
The Law Office of Kevin F. Gillis, Esq.
27 Algonquin Road
Canton, MA 02021-1232
781-326-1112
781-326-1180 (F)
www.subrogationattorney.com
kgillis@subrogationattorney.com

**From:** Joseph Orlando Jr <jmorlandojr@orlandoassociates.com>
**Sent:** Tuesday, July 7, 2020 11:45 AM
**To:** kgillis@subrogationattorney.com
**Cc:** Amanda Kesterson <akesterson@orlandoassociates.com>
**Subject:** Palmer v. F/V Foxy Lady et al - Release

Mr. Gillis:

Mr. Palmer has elected not to go forward with the appeal. Per the Court's order, please find a release executed by Mr. Palmer attached. Once received, please have your client execute it and send the fully executed release back with the $10,000 check made payable to "Richard Palmer and Orlando & Associates as his attorneys." Thank you for your prompt attention to this matter.

Regards,

-

1