UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Travis Lane, ) | |
| Richard Palmer, and ) | |
| Lea Sutherland-Doane, ) | |
| as Adm. Estate of David Sutherland, ) | |
|     Plaintiffs ) | |
| v. ) | |
| ) | Civil Action No. 1:17 CV 12356-PBS |
| United States of America ) | |
| Philip Powell, and ) | |
| F/V Foxy Lady, ) | |
|     Defendants ) | |

### **PLAINTIFF, RICHARD PALMER'S BILL OF COSTS RE. PALMER'S MOTION TO COMPEL COMPLIANCE WITH THE COURT'S ORDER (DOC. 159)**

| Date | Activity | Hours | Rate | Expense |
|---|---|---|---|---|
| 7/7/2020 | Review Gillis's Email | .25 | $350/hour | $87.50 |
| 7/14/2020 | Draft Motion to Compel and for Sanctions | 2.5 | $350/hour | $875.00 |
| TBD | Motion Hearing prep and argument | 2 | $350/hour | $700 |
| Total | | | | $1,662.50 |

Plaintiffs,
By their attorney,


\_\_\_/s/ Joseph M. Orlando, Jr., Esq.\_\_\_
Joseph M. Orlando, Jr., Esq.
BBO# 680995
ORLANDO & ASSOCIATES
One Western Avenue
Gloucester, MA 01930

Ph. (978) 283-8100
Fx. (978) 283-8507
Jmorlandojr@orlandoassociates.com

Certificate of Service

I, Joseph M. Orlando, Jr., Esq. hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to counsel for each party on July 15, 2020.

/s/ Joseph M. Orlando, Jr., Esq.
Joseph M. Orlando, Jr., Esq.